UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MUNIZ, | No. 2:21-cv-1820 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, et al., | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. On February 2, 2022, the court received petitioner's opposition to respondents' motion to dismiss. ECF No. 7. However, respondents did not move to dismiss the petition until two days later. ECF No. 8. Petitioner has not filed any further response and the time for doing so has passed. Because petitioner's opposition was premature, he will be given one more opportunity to file an opposition now that respondents have in fact filed a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days from the service of this order, petitioner may file and serve a supplemental opposition to the pending motion to dismiss.

DATED: March 24, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE